UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-14241-CIV-GRAHAM/LYNCH

BENJAMIN JOHNSON; RUBEN S.
RODRIGUEZ; and DORRIS REED,

    Plaintiffs,

v.

CITY OF PORT ST. LUCIE,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs BENJAMIN JOHNSON, RUBEN RODRIGUEZ, and DORRIS REED, and Defendant CITY OF PORT ST. LUCIE, an amicable settlement of all matters and things in dispute between the parties hereto having been made, hereby

STIPULATE AND AGREE that the above cause may be dismissed with prejudice, and each party is to bear his, her, and its own costs and attorneys fees; all liens and subrogated interests to be paid by the Plaintiffs out of the proceeds of the settlement herein.

DATED this 19TH day of September, 2007.

| | |
|---|---|
| FLORIN, ROEBIG, P.A.<br>Attorneys for Plaintiffs<br>777 Alderman Road<br>Palm Harbor, Florida 34683-2604<br>(772) 786-5000<br><br>BY:_____<br>WOLFGANG M. FLORIN, ESQUIRE<br>Florida Bar No.: 907804 | CONROY, SIMBERG, GANON, KREVANS,<br>ABEL, LURVEY, MORROW & SCHEFER, P.A.<br>Attorneys for Defendant<br>1801 Centrepark Drive East, Suite 200<br>West Palm Beach, FL 33401<br>(561) 697-8088<br><br>BY:_____<br>JEFFREY A. BLAKER, ESQUIRE<br>Florida Bar No.: 443913 |

JAB/kgm
090607/2B83447.WPD